JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WENDY WHEATON, an individual,<br><br>                  Plaintiff,<br><br>          vs.<br><br>REV NEW MEDIA, INC., a California Corporation,<br><br>                  Defendant. | Case No. CV13-06226 RGK (SSx)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br><br>Hon. R. Gary Klausner |
| --- | --- |

Upon the foregoing stipulation, it is hereby ORDERED and ADJUDGED that:

The above-captioned action is hereby dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 23, 2014

_____
The Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE

SCL PAS1313112.1-*-08/14/14 11:30 AM

-1-

CHRISTIE, PARKER & HALE, LLP